# EXHIBIT 3

# Turke & Strauss LLP

Raina C. Borrelli
Raina@turkestrauss.com

January 11, 2022

***Via Email Only***

Debbie L. Berman
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456

Re: Scott Mackey v. PeopleConnect, Inc.

Dear Debbie,

Our firm, along with our co-counsel at Morgan & Morgan P.A. and The Law Office of Benjamin R. Osborn, was recently retained by Scott Mackey in connection with potential legal claims against PeopleConnect, Inc. regarding the website classmates.com, which is owned and operated by PeopleConnect. Mr. Mackey's potential claims arise under, at least, the Illinois Right of Publicity Act due to the unauthorized use of Mr. Mackey's name and likeness on classmates.com.

As you know, we disagree with PeopleConnect's position in *Callahan et al v. PeopleConnect, Inc.* and *Boshears v. PeopleConnect, Inc.* that Plaintiffs' counsel's review of classmates.com as part of their Rule 11 investigation constitutes a binding agreement on class representatives to arbitrate their claims. To avoid additional motion practice, however, we write to request that you confirm by January 14, 2022, that by Plaintiffs' counsel visiting classmates.com to conduct a Rule 11 investigation, Mr. Mackey has not sacrificed any of his rights, including but not limited to the right to pursue litigation in federal court.

To be clear, Mr. Mackey does not consent to arbitration of any claims he may have against PeopleConnect. Mr. Mackey does not authorize his counsel in this putative case to consent to arbitration on his behalf. Mr. Mackey does not, and has not, ratified any agreements to arbitrate made by anyone with your client, PeopleConnect.

Additionally, as a good faith gesture, we write to provide information regarding Mr. Mackey so that you may conduct your own investigation prior to the filing of the complaint. To the extent you believe that Mr. Mackey currently has, or has ever had, an account with classmates.com, please let us know by January 14, 2022. We are sharing the below information with the expectation you will keep it confidential.

Name: Scott Mackey

High School: New Trier High School

Graduation Year: 1993

- Email addresses: smackey@icloud.com; smackey01@gmail.com; interests_2000@yahoo.com; smackey@me.com; smackey@wowway.com; mackeysjm@live.com

Finally, please direct your client not to modify Mr. Mackey's photographs or information as they appear on classmates.com or within the classmates.com database. Any such modification will constitute spoliation of evidence.

Should you have any questions, please do not hesitate to contact me.

                                              Very Truly Yours,
                                              TURKE & STRAUSS LLP

*[signature: Raina Borrelli]*

                                              Raina C. Borrelli