# EXHIBIT 4



Benjamin Osborn <ben@benosbornlaw.com>

## RE: Classmates.com- Scott Mackey
1 message

**Berman, Debbie L.** <DBerman@jenner.com>  Fri, Jan 14, 2022 at 5:49 PM
To: Raina Borrelli <raina@turkestrauss.com>, "Futernick, Sarah L." <SFuternick@jenner.com>, "Thomson, Wade A." <WThomson@jenner.com>
Cc: Sam Strauss <Sam@turkestrauss.com>, Benjamin Osborn <ben@benosbornlaw.com>, Michael Ram x20021 <MRam@forthepeople.com>, Marie Appel x20020 <MAppel@forthepeople.com>

Raina:

This is in response to your letter dated January 11, 2022. As in your almost identical letter regarding Ms. Izzo and Mr. Thomas dated December 21, 2021, you request that we confirm that counsel's use of the Classmates.com website in connection with your representation of Mr. Mackey, including the potential creation and/or investigation of a claim against my client for alleged misappropriation of their likeness on Classmates.com, does not bind counsel or your clients to the Classmates.com terms of service. We cannot make such a confirmation and strongly disagree with your suggestion to the contrary. Our position is clearly laid out not only in the Callahan motion to compel arbitration pleadings and the appellate briefs and Boshears motion to compel arbitration that you reference but also in the Knapke pleadings and appellate briefs as well. The law is clear that your client cannot purport to repudiate your agreement to Classmates.com's term of service while at the same time continue to utilize the benefits of that agreement. Any such purported repudiation is null and ineffective.

With respect to your second point, it appears as though you are requesting that PeopleConnect, Inc. conduct a pre-suit investigation. PeopleConnect, Inc., however, has no obligation to undertake such an investigation so it is unclear what "good faith gesture" you are referring to in your letter.

Finally, we disagree with your contention that our client cannot suppress Mr. Mackey's information on Classmates.com. That is clearly what he wants if he is considering bringing misappropriation of likeness claims. We do intend to suppress his information on the public facing website as we have done in every case. Contrary to your claim, such suppression is not an improper modification of the information and certainly would not constitute spoliation of any sort.

Best,
Debbie

**From:** Raina Borrelli <raina@turkestrauss.com>
**Sent:** Tuesday, January 11, 2022 6:55 PM
**To:** Berman, Debbie L. <DBerman@jenner.com>; Futernick, Sarah L. <SFuternick@jenner.com>; Thomson, Wade A. <WThomson@jenner.com>
**Cc:** Sam Strauss <Sam@turkestrauss.com>; Benjamin Osborn <ben@benosbornlaw.com>; Michael Ram x20021 <MRam@forthepeople.com>; Marie Appel x20020 <MAppel@forthepeople.com>
**Subject:** Classmates.com- Scott Mackey

External Email – Exercise Caution

Good evening,

Please see the attached correspondence.

Thank you,

Raina

**Raina C. Borrelli**

*Partner*
P: 608.237.1775 | F: 608.509.4423
**Madison** 613 Williamson Street #201 | Madison, WI 53703

**Seattle** 936 N 34th Street #300 | Seattle, WA 98103

www.turkestrauss.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**Debbie L. Berman**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2764 | TEL
+1 312 317 9377 | MOBILE
+1 312 840 7764 | FAX
DBerman@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.