

# United States District Court
# Northern District of Illinois

In the Matter of

Scott Mackey                       District Judge Virginia M. Kendall

v.                             Case No. 22-CV-342

PeopleConnect, Inc.                  Designated Magistrate Judge
                                                 Jeffrey Cummings

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Robert W. Gettleman to be related to 21 C 51 Bonilla v. Peopleconnect which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Virginia M. Kendall**

Date: Wednesday, February 9, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Virginia M. Kendall

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, February 9, 2022

District Reassignment - Finding of Relatedness