IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PEOPLECONNECT, INC., a Delaware Corporation, | ) ) ) ) |
| Defendant. | ) |

Case No. 1:22-cv-00342

Hon. Judge Virginia M. Kendall

Magistrate Judge Gabriel A. Fuentes

**CORPORATE DISCLOSURES OF PEOPLECONNECT, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant PeopleConnect, Inc., through its undersigned counsel, discloses:

1. PeopleConnect, Inc. is a wholly-owned subsidiary of PeopleConnect Intermediate, LLC, a non-public Delaware limited liability company; PeopleConnect Holdings, Inc., a non-public Delaware corporation; PCHI Intermediate, LLC, a non-public Delaware limited liability company; and PCHI Parent, Inc., a non-public Delaware corporation.

2. J-INM LLC, H.I.G. Intelius, LLC, and Split Decision Holding Corporation own more than 5% of PeopleConnect, Inc.'s stock.

3. PeopleConnect, Inc. has no publicly held affiliates.

Dated: February 14, 2022   Respectfully Submitted,

PEOPLECONNECT, INC.

By: */s/ Wade A. Thomson*

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
Sarah L. Futernick, #6315365
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com
sfuternick@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

**CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on February 14, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Wade A. Thomson*
Wade A. Thomson