IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 1:22-cv-00342<br><br>Hon. Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

## DECLARATION OF TARA MCGUANE IN SUPPORT OF DEFENDANT'S MOTION TO CONSOLIDATE AND STAY PROCEEDINGS.

I, Tara McGuane, hereby declare:

1. I am the Associate Director of Compliance and IP at PeopleConnect, Inc. ("PeopleConnect"). I have been in that role since November 2020. In that role, I am responsible for drafting and enforcing the Terms of Service ("TOS") and am familiar with how the TOS are displayed on Classmates.com. I am also familiar with the flow of the Classmates.com website and its search capabilities. I previously held the position of Senior IP & Marketing Compliance Manager. I have worked at PeopleConnect since 2002.

2. Classmates.com is governed by the TOS published on Classmates.com. A true and correct copy of the TOS is attached hereto as Exhibit 1.

3. The TOS is accessible to each user of Classmates.com via a hyperlink in the website's persistent footer and on the non-registered user homepage as shown in the image below.





4. When a user of Classmates.com registers for a free account, he or she sees the following screen, which includes the following text: "By clicking Submit, you agree to the Classmates Terms of Service and Privacy Policy." The phrase "Terms of Service" is hyperlinked to a copy of the current TOS.



5. The TOS states:

By accessing and using the Websites and Services you are agreeing to the following Terms of Service. We encourage you to review these Terms of Service, along with the Privacy Policy, which is incorporated herein by reference, as they form a binding agreement between us and you. If you object to anything in the Terms of Service or the Privacy Policy, do not use the Websites and Services. Additionally, if you access and use the Websites and Services on behalf of or for the benefit of another, you are also agreeing to these Terms of Service on their behalf, and further affirm that you have the authority to so agree. Any reference to "you" or "your" shall also include any such person(s).

**USE OF THE WEBSITES AND/OR SERVICES REQUIRE YOU TO ARBITRATE ALL DISPUTES ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS, AND ALSO LIMITS THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF A DISPUTE (SEE SECTION 12 BELOW).**

(Ex. 1, Acceptance of Terms.)

6. The TOS includes the following arbitration provision:

PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT. YOU AND THE PEOPLECONNECT ENTITIES EACH AGREE THAT ANY AND ALL DISPUTES (AS THAT TERM IS DEFINED BELOW) THAT HAVE ARISEN OR MAY ARISE BETWEEN YOU AND THE PEOPLECONNECT ENTITIES SHALL BE RESOLVED EXCLUSIVELY THROUGH FINAL AND BINDING ARBITRATION, RATHER THAN IN COURT, EXCEPT THAT YOU MAY ASSERT INDIVIDUAL CLAIMS IN SMALL CLAIMS COURT, IF YOUR CLAIMS QUALIFY.

You and PeopleConnect and/or its parent companies, subsidiaries, affiliates, predecessors in interest, successors, or assigns and/or any and all of their respective directors, officers, employees and contractors (each a "PeopleConnect Entity" and, together, the "PeopleConnect Entities") agree to arbitrate any and all disputes and claims between them ("Dispute(s)"), except as otherwise specifically provided below. Arbitration is more informal than a lawsuit in court. Arbitration uses a

neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award.

This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to: (1) Disputes related in any way to the Website, Services, billing, privacy, the information and materials published by the PeopleConnect Entities on or through the Websites, advertising or our communications with you; (2) Disputes arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory; (3) Disputes that arose before your agreement to these Terms of Service or any prior agreement; (4) Disputes that are currently the subject of purported class action litigation in which you are not a member of a certified class; and (5) Disputes that may arise after the termination of your use of the Services.

(*Id.* at Section 12.)

7. I have reviewed and am familiar with PeopleConnect's business records related to searches performed on Classmates.com. PeopleConnect maintains those records in the ordinary course of its business.

8. I reviewed the complaint that was filed in this case on January 20, 2022.

9. On January 5, 2022, someone searched for "Scott Mackey" on Classmates.com. I was informed that six days later our counsel Ms. Berman, received a letter from Mr. Mackey's counsel advising that they were retained to represent him.

10. The complaint contains information in paragraphs 5 through 8, 49, 50, and 52 through 55, that is accessible only after agreeing to the TOS

11. On February 9, 2022, PeopleConnect suppressed Scott Mackey's name and photograph from Classmates.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on March 3, 2022 in Seattle, Washington.

*[signature]*
Tara McGuane