IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) PEOPLECONNECT, INC., a Delaware Corporation, ) ) ) ) Defendant. ) | Case No. 1:22-cv-00342<br><br>Hon. Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

**MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE AND STAY PROCEEDINGS**

On March 3, PeopleConnect moved to consolidate this case with *Loendorf v. PeopleConnect*, 1:21-cv-00610, and to stay this case. Dkt. No. 13. On March 23, Plaintiff filed an Opposition. Dkt. No. 16. On March 29, this Court ruled on PeopleConnect's motions to dismiss and to compel arbitration in *Loendorf*. 1:21-cv-00610, Dkt. No. 74.

On March 30, PeopleConnect filed a Reply in Support of its Motion to Consolidate and Stay Proceedings. Dkt. No. 17. In that Reply, PeopleConnect argued that this Court's March 29 ruling in *Loendorf* supports PeopleConnect's motion to consolidate and stay. *See, e.g.*, Dkt. No. 17 at *1-2. Because this Court's ruling in *Loendorf* came after Plaintiff filed its Opposition, Plaintiff has not had the opportunity to address the effect of the *Loendorf* ruling on PeopleConnect's motion to consolidate and stay. Accordingly, Plaintiff hereby respectfully requests leave to file a Sur-Reply in Further Opposition to Defendant's Motion to Consolidate and Stay Proceedings, a copy of which is attached hereto as **Exhibit 1**.

Dated: April 5, 2022

Respectfully Submitted,

*/s/ Raina C. Borrelli*
Raina C. Borrelli
Samuel J. Strauss
TURKE & STRAUSS LLP

613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
raina@turkestrauss.com
sam@turkestrauss.com

Benjamin R. Osborn
LAW OFFICE OF BENJAMIN R. OSBORN
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Michael F. Ram
Marie N. Appel
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
mram@forthepeople.com
mappel@forthepeople.com

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 36th Floor
Chicago, Illinois 60602
Telephone: (312) 899-9090
SMM@cliffordlaw.com

## **CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

      DATED this 5th day of April, 2022.

                            TURKE & STRAUSS LLP

                By:   */s/ Raina C. Borrelli*
                            Raina C. Borrelli
                            Email: raina@turkestrauss.com
                            TURKE & STRAUSS LLP
                            613 Williamson St., Suite 201
                            Madison, WI 53703
                            Telephone: (608) 237-1775
                            Facsimile: (608) 509-4423