# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | Case No. 1:22-cv-00342 |
| Plaintiff, ) ) | Hon. Judge Virginia M. Kendall |
| v. ) ) | Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation, ) ) ) ) | |
| Defendant. ) | |

## JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES AND TO MODIFY BRIEFING SCHEDULE

Pursuant to Local Rule 7.1 and the Court's Standing Orders, Plaintiff Scott Mackey and Defendant PeopleConnect, Inc. (collectively, "Parties"), by and through their undersigned attorneys, respectfully move the Court for leave for Defendant to file its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint ("Memorandum in Support") in excess of 15 pages, not to exceed 35 pages, for Plaintiff to file his response brief in excess of 15 pages, not to exceed 35 pages, and for Defendant to file a reply brief not to exceed 15 pages. The Parties also respectfully move to modify the existing briefing schedule for Defendant's Motion to Dismiss Plaintiff's Complaint, *see* Dkt. 41, such that the deadline for Defendant's Motion to Dismiss will be July 13, 2022, the deadline for Plaintiff's response brief will be July 27, 2022, and the deadline for Defendant's reply brief will be August 5, 2022.

In support of this Motion, the Parties state as follows:

1. On January 20, 2022, Plaintiff filed his Class Action Complaint. Dkt. 1. On March 3, 2022, Defendant filed a Motion to Consolidate and Stay Proceedings, Dkt. 13, and on April 15, 2022, Plaintiff filed a Motion for Default Judgment, Dkt. 26. On May 3, 2022, the Court denied

the Motion for Default Judgment, Dkt. 30, and on May 26, 2022, the Court denied the Motion to Consolidate and Stay Proceedings, Dkt. 32.

2. Thereafter, Defendant on June 8, 2022, filed a Motion for Leave to Conduct Arbitration-Related Discovery, Dkt. 33, which Plaintiff opposed, Dkt. 38. On June 16, 2022, the Court denied Defendant's motion and ordered Defendant to file its Motion to Dismiss and Memorandum in Support by July 6, 2022, with Plaintiff's response due July 20, 2022, and Defendant's reply due July 27, 2022. Dkt. 41.

3. Defendant's counsel requires additional time to file its Motion to Dismiss and Memorandum in Support due to previously scheduled work commitments, as well as previously scheduled holiday travel and vacation plans. This is the first such request for a modification of the briefing schedule.

4. In light of this and upon electronic conferral, the Parties agreed to jointly move for the Court to modify the briefing schedule such that Defendant's deadline for its Motion to Dismiss Plaintiff's Complaint will be July 13, 2022, rather than July 6, 2022, Plaintiff's deadline to respond to the Motion to Dismiss will be July 27, 2022, rather than July 20, 2022, and Defendant's deadline to reply to the Motion to Dismiss will be August 5, 2022, rather than July 27, 2022.

5. In addition, despite Defendant's best efforts to prepare an efficient Memorandum in Support, Defendant requires 20 additional pages to adequately present its position to the Court. The Memorandum in Support requires these additional pages because it combines several arguments, each of which would support standalone motions under Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), including a motion to compel arbitration pursuant to the Federal Arbitration Act. As a result, Plaintiff will require 20 additional pages to adequately respond to Defendant's arguments.

6. In light of this and upon electronic conferral, the Parties agreed to jointly move the Court to grant Defendant leave to file a Memorandum in Support in excess of 15 pages, not to exceed 35 pages, and to grant Plaintiff leave to file a response brief in excess of 15 pages, not to exceed 35 pages. The Parties also agreed to jointly move the Court to grant Defendant leave to file a reply brief not to exceed 15 pages.

7. The Parties exchanged email correspondence about these issues between June 17, 2022 and June 21, 2022.

WHEREFORE, the Parties respectfully request that the Court grant Defendant leave to file a Memorandum in Support not to exceed 35 pages, Plaintiff leave to file a response brief not to exceed 35 pages, and Defendant leave to file a reply brief not to exceed 15 pages. In addition, the Parties respectfully request that the Court modify the briefing schedule such that Defendant must file its Motion to Dismiss on or before July 13, 2022, Plaintiff must file any response brief on or before July 27, 2022, and Defendant must file any reply brief on or before August 5, 2022.

Dated: June 22, 2022

Jointly Submitted,

| PEOPLECONNECT, INC. | SCOTT MACKEY, on behalf of himself and all others similarly situated, |
|---|---|
| By: */s/ Wade A. Thomson* | By: */s/ Raina C. Borrelli* |
| Wade A. Thomson, #6282174<br>Debbie L. Berman, #6205154<br>Clifford W. Berlow, #6292383<br>Sarah L. Futernick, #6315365<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: 312 222-9350<br>Facsimile: 312 527-0484<br>wthomson@jenner.com<br>dberman@jenner.com | Benjamin R. Osborn<br>Law Office of Benjamin R. Osborn<br>102 Bergen St., Apt. 4<br>Brooklyn, NY 11201<br>Telephone: 347 645-0464<br>ben@benosbornlaw.com<br><br>Marie Noel Appel<br>Morgan and Morgan<br>711 Van Ness Avenue<br>Suite 500 |

cberlow@jenner.com
sfuternick@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

San Francisco, CA 94102
Telephone: 415 254-4469
mappel@forthepeople.com

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., 31st Floor
Chicago, IL 60602
Telephone: 312 899-9090
Facsimile: 312 251-1160
smm@cliffordlaw.com

Raina C. Borrelli
Samuel J. Strauss
TURKE & STRAUS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: 608 237-1775
raina@turkestrauss.com
sam@turkestrauss.com

J. Dominick Larry
Nick Larry Law LLC
8 S Michigan Ave., Suite 2600
Chicago, IL 60603
Telephone: 773 694-4669
nick@nicklarry.law

Philip L. Fraietta
Bursor & Fisher, P.A.
888 7th Avenue, 3rd Floor
New York, NY 10019
Telephone: 646 837-7150
pfraietta@bursor.com

*Attorneys for Plaintiff Scott Mackey, individually and on behalf of all others similarly situated*

4

**CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on June 22, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Wade A. Thomson*
Wade A. Thomson