# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| PEOPLECONNECT, INC., a Delaware Corporation, | |
| Defendant. | |

Case No. 1:22-cv-00342

Hon. Judge Virginia M. Kendall

Magistrate Judge Gabriel A. Fuentes

### DEFENDANT'S MOTION TO STAY MERITS DISCOVERY PENDING RESOLUTION OF ITS MOTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(3) AND 12(b)(6)

Defendant PeopleConnect, Inc. ("Defendant") respectfully moves to stay merits discovery pending resolution of Defendant's Motion Pursuant To Federal Rules Of Civil Procedure 12(b)(3) And 12(b)(6) To Compel Arbitration Or, In The Alternative, To Dismiss Plaintiff's Complaint ("Motion to Dismiss"). As detailed in Defendant's contemporaneously filed Memorandum of Law In Support Of Its Motion To Stay Merits Discovery Pending Resolution Of Its Motion Pursuant to Federal Rules of Civil Procedure 12(b)(3) And 12(b)(6) ("Memorandum in Support"), Defendant's Motion to Dismiss raises several threshold and case-dispositive arguments that should be resolved before the parties engage in any merits-related discovery.

For the reasons set forth above and in the accompanying Memorandum in Support, Defendant respectfully moves to stay merits discovery pending resolution of Defendant's Motion to Dismiss.

Dated: July 13, 2022							Respectfully Submitted,

								PEOPLECONNECT, INC.

								By:  */s/ Wade A. Thomson*

								Wade A. Thomson, #6282174
								Debbie L. Berman, #6205154
								Clifford W. Berlow, #6292383
								Sarah L. Futernick, #6315365
								JENNER & BLOCK LLP
								353 N. Clark Street
								Chicago, IL 60654-3456
								Telephone: 312 222-9350
								Facsimile: 312 527-0484
								wthomson@jenner.com
								dberman@jenner.com
								cberlow@jenner.com
								sfuternick@jenner.com

								*Attorneys for Defendant PeopleConnect, Inc.*

## **CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on July 13, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                              /s/ *Wade A. Thomson*
                                                 Wade A. Thomson