**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Scott Mackey

                 Plaintiff,

v.                                         Case No.: 1:22–cv–00342
                                         Honorable Virginia M. Kendall

PeopleConnect, Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

        MINUTE entry before the Honorable Virginia M. Kendall. Webex Motion hearing held on 7/27/2022. Defendant's Motion to Stay Discovery [46] pending resolution of Motion to Dismiss [44]. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.