# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT MACKEY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-00342 ) ) |
| v. | ) Hon. Judge Virginia M. Kendall ) ) Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO STAY PROCEEDINGS
## TO ALLOW THE PARTIES TO FURTHER MEDIATE

Plaintiff Scott Mackey and Defendant PeopleConnect, Inc. (collectively "the Parties"), by and through their undersigned counsel, respectfully move this Court to stay this matter in its entirety to allow the Parties to focus their efforts on mediation. In support hereof, the Parties state as follows:

1. In addition to the above-referenced case, Plaintiff's Counsel has filed several additional class action complaints that allege the same causes of action and facts against the same Defendant as here: *Abraham v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.) ("*Abraham*"); *Loendorf v. PeopleConnect, Inc.*, No. 1:21-cv-00051 (N.D. Ill.); *Wilson v. PeopleConnect, Inc.*, No. 2:22-cv-00016 (W.D. Wash.); *Boshears v. PeopleConnect, Inc.*, No. 2:21-cv-01222 (W.D. Wash.); and *Knapke v. PeopleConnect, Inc.*, No. 2:21-cv-00262 (W.D. Wash.).

2. In *Abraham*, the Court ordered the Parties to mediate the matter. Therefore, the Parties participated in a JAMS mediation session on August 10, 2022, in an effort to explore a potential global settlement across all the related cases.

3. While the Parties did not reach a settlement agreement, they believe it would be productive and judiciously efficient to continue their efforts to resolve the case through mediation.

4. Due to preexisting schedules of Counsel for the Parties and the likely mediator, the next mediation session will be on October 25, 2022.

5. The Parties believe it is beneficial to stay the case and preserve the Parties' and Court's resources. Neither Party will be prejudiced by the requested stay.

6. Thus, the Parties jointly move this Court to enter a stay of all proceedings in this case. A district court has broad discretion to stay proceedings incidental to its power to control its own docket—particularly where, as here, a stay would promote judicial economy and efficiency. *See Clinton v. Jones*, 520 U.S. 681, 706–07 (1997); *Crawford-El v. Britton*, 523 U.S. 574, 597–98 (1998); *accord Thermal Design, Inc. v. Am. Soc'y of Heating, Refrigerating & Air-Conditioning Eng'rs, Inc.*, 755 F.3d 832, 837 (7th Cir. 2014).

7. This request is made in the interests of justice and judicial economy, and not for the purpose of delay. The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion. Further, because the Parties are making this motion prior to the Court's ruling on PeopleConnect, Inc.'s Rule 12 motion, there are not any current deadlines that would be unduly delayed by the Parties' requested relief.

8. The Parties agree to submit a Joint Status Report in November 2022 to update the Court regarding the status of the mediation efforts.

WHEREFORE, the Parties respectfully request that this Court enter an Order granting its Joint Motion To Stay Proceedings To Allow The Parties Further Mediate, staying this matter after entry of the Proposed Order, and affording such other relief that the Court believes is proper and just.

| | |
|---|---|
| Dated: August 19, 2022 | Respectfully Submitted, |
| SCOTT MACKEY | PEOPLECONNECT, INC. |
| By: */s/ Raina C. Borrelli* | By: */s/ Wade A. Thomson* |
| Raina C. Borrelli<br>Samuel J. Strauss<br>TURKE & STRAUSS LLP<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>Telephone: (608) 237-1775<br>raina@turkestrauss.com<br>sam@turkestrauss.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | Wade A. Thomson, #6282174<br>Debbie L. Berman, #6205154<br>Clifford W. Berlow, #6292383<br>Sarah L. Futernick, #6315365<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>wthomson@jenner.com<br>dberman@jenner.com<br>cberlow@jenner.com<br>sfuternick@jenner.com<br><br>*Attorneys for Defendant PeopleConnect, Inc.* |

## **CERTIFICATE OF SERVICE**

      I, Wade A. Thomson, certify that on August 19, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                  /s/ *Wade A. Thomson*
                                                      Wade A. Thomson